UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20434-COOKE

UNITED STATES OF AMERICA,

vs.

HUGO JIMENEZ MOLINA,

    Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Hugo Jimenez Molina ("Defendant") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

In 2017, law enforcement began a long-term effort to curb the production of counterfeit United States currency ("counterfeit U.S. currency" or "counterfeit Federal Reserve notes") in the Republic of Colombia. During this investigation, confidential informants (the "CIs") made contact with people in Cali, Colombia, including the Defendant, who told the CIs they could sell counterfeit U.S. currency.

On April 5, 2017, a CI, CI-1, met with the Defendant to receive samples of counterfeit U.S. currency. The Defendant gave CI-1 three (3) $100 counterfeit Federal Reserve notes, and negotiated a future buy of $200,000.00 in counterfeit U.S. currency in exchange for 14 million Colombian pesos – 7 million to be paid up front and 7 million at the time of delivery. This meeting was audio and video recorded and observed by the Colombian national police.

On April 6, 2017, CI-1 met with the Defendant and gave him 7 million Colombian pesos up front, as negotiated. This meeting was audio and video recorded and observed by the Colombian national police.

On May 6, 2017, CI-1 met with the Defendant. The Defendant gave CI-1 $121,000.00 of the $200,000.00 owed in counterfeit U.S. currency. This meeting was audio and video recorded and observed by the Colombian national police.

On May 10, 2017, CI-1 met with the Defendant. CI-1 gave the Defendant the remaining 7 million pesos. The Defendant then gave CI-1 the remaining $90,000.00 in counterfeit U.S. currency. The Defendant also told CI-1 that he was getting a little more than the $200,000.00 in counterfeit U.S. currency agreed to because of the quality of the notes. This meeting was audio and video recorded and observed by the Colombian national police.

On May 17, 2017, another CI, CI-2, met with the Defendant to discuss CI-2 assisting the Defendant with producing counterfeit U.S. currency. At that meeting, CI-2 took delivery of a printing plate used to print counterfeit U.S. currency from the Defendant. The plate bore the same image of the backsides of the counterfeit U.S. currency bought by CI-1. This meeting was audio recorded and observed by the Colombian national police.

On May 22, 2017, CI-1 met with the Defendant once again to purchase $53,600.00 in counterfeit U.S. currency. CI-1 gave the Defendant 3.5 million Colombian pesos. The Defendant, in turn, gave CI-1 $53,600.00 in counterfeit U.S. currency. This meeting was audio and video recorded and observed by the Colombian national police.

In total, the Defendant sold, exchanged, transferred, and delivered a total of $264,900.00 in counterfeit Federal Reserve notes in exchange for 17.5 million Colombian pesos.

When the Defendant sold, exchanged, transferred, and delivered the counterfeit Federal Reserve notes to CI-1, on the dates described above, he knew the notes were counterfeit and intended that they be passed and used as true and genuine U.S. currency.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/13/19    By: _____
ALEJANDRA L. LOPEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 11/13/19    By: _____
TERRANCE LENAMON, ESQ.
COUNSEL FOR THE DEFENDANT

Date: 11/13/19    By: _____
HUGO JIMENEZ MOLINA
DEFENDANT